UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-24465-Civ-COOKE/TURNOFF

JAN BENSON SEGAL,

    Plaintiff

vs.

BRE/LQ FL PROPERTIES LLC, *et al.*,

    Defendants.

_____/

### ORDER ADMINISTRATIVELY CLOSING CASE UPON NOTICE OF SETTLEMENT

THIS CASE is before me on the Plaintiff's Notice of Settlement (ECF No. 12). The Parties have settled this matter, and it will be administratively closed pending the Parties filing a stipulation of final dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or the Plaintiff moving for dismissal pursuant to Rule 41(a)(2).

A stipulation of final dismissal, or a motion for dismissal, <u>shall be filed within thirty days of this Order</u>. Any Party may move to re-open the case should there be a problem in reaching a final settlement agreement. The Clerk shall *administratively* **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 20th day of April 2012.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies provided to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*