UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:11-cv-24465-MGC

| | |
|---|---|
| JAN BENSON SEGAL, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| BRE/LQ FL PROPERTIES LLC and LQ MANAGEMENT LLC d/b/a LA QUINTA 2627 , | § |
| | § |
| Defendants. | § |

### ORDER GRANTING JOINT STIPULATION
### OF FULL AND FINAL DISMISSAL WITH PREJUDICE

The Court has considered the Joint Stipulation of Full and Final Dismissal with Prejudice filed by Plaintiff, JAN BENSON SEGAL, and Defendant, BRE/LQ FL PROPERTIES LLC AND LQ MANAGEMENT LLC d/b/a LA QUINTA 667, the pleadings on file, and all other things before it.  The Court hereby dismisses this matter with prejudice against being re-filed. Each party shall bear its own fees, expenses and costs.

It is so ORDERED.

SIGNED on this _____ day of _____ 2012.

_____

UNITED STATES DISTRICT JUDGE