UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-24465-Civ-COOKE/TURNOFF

JAN BENSON SEGAL,

    Plaintiff

vs.

BRE/LQ FL PROPERTIES, LLC and
LQ MANAGEMENT, LLC d/b/a
LA QUINTA 2627

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* against being re-filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. of Full and Final Dismissal with Prejudice, ECF No. 14). Each party shall bear its own fees, expenses and costs. The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** as moot.

**DONE and ORDERED** in chambers at Miami, Florida, this 8th day of May 2012.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*